UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES HENRY BARNETT, ) | |
| ) | |
|     Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:05-CV-2280-G |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal Justice, ) | **ECF** |
| Correctional Institutions Division, ) | |
| ) | |
|     Respondent. ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the court.

As recommended by the Magistrate Judge, the court **DENIES** all pending motions. By separate judgment, the court will formally deny petitioner's federal

petition for writ of habeas corpus consistent with the findings, conclusions, and recommendation entered in this case.

**SO ORDERED**.

August 21, 2006.

                                                                             A. JOE FISH
                                                                             CHIEF JUDGE